# EXHIBIT A

## Case Information

25MS242742 | WILLIS JOHNSON vs. WELLS FARGO BANK, N.A., c/o Corporation Service Company

| Case Number | Court | Judicial Officer |
|---|---|---|
| 25MS242742 | Magistrate | Frazier, Jeffrey W |
| File Date | Case Type | Case Status |
| 10/14/2025 | Small Claims | OPEN |

## Party

Plaintiff - Magistrate Court
JOHNSON, WILLIS

Address
3651 Lenox Rd NE Unit 666
Atlanta GA 30305

Active Attorneys
Pro Se

Defendant - Magistrate Court
WELLS FARGO BANK, N.A., c/o Corporation Service Company

Address
2 Sun Court, Suite 400
Peachtree Corners GA 30092

## Events and Hearings

10/14/2025 MAGISTRATE STATEMENT OF CLAIM

Statement of Claim

Comment
Statement of Claim / Notice and Summons

10/14/2025 COMPLAINT

COMPLAINT

Comment
COMPLAINT

10/14/2025 MOTION

MOTION

Comment
INJUNCTION

10/15/2025 ORDER DENYING

ORDER DENYING

Comment
ORDER DENYING- PLANTIFFS MOTION FOR TEMPORARY INJUCTION, COPIES MAILED TO ALL PARTIES

11/03/2025 AFFIDAVIT OF SERVICE

AFFIDAVIT OF SERVICE

Comment
service

11/12/2025 AMENDMENT

AMENDMENT

Comment
AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

## Financial

JOHNSON, WILLIS

| | |
|---|---|
| Total Financial Assessment | $85.00 |

| | | | | |
|---|---|---|---|---|
| Total Payments and Credits | | | | $85.00 |
| 10/13/2025 | Transaction Assessment | | | $60.00 |
| 10/13/2025 | Payment | Receipt # MCJT-1164786 | JOHNSON, WILLIS | ($60.00) |
| 11/11/2025 | Transaction Assessment | | | $25.00 |
| 11/11/2025 | Payment | Receipt # MCJT-1174749 | JOHNSON, WILLIS | ($25.00) |

## Documents

Statement of Claim

COMPLAINT

MOTION

ORDER DENYING

AFFIDAVIT OF SERVICE

Mail Coversheet

Mail Coversheet

AMENDMENT

IN THE MAGISTRATE COURT OF FULTON COUNTY
STATE OF GEORGIA

WILLIS JOHNSON
3651 LENOX Rd NE UNIT 666
ATLANTA, GA 30305
Plaintiff(s) Name, Address, Phone, Email Address

CASE NO. 25MS242742

STATEMENT OF CLAIM

Fulton County Magistrate Court
***E-FILED***BMR
Date: 10/14/2025 12:12 PM
Che Alexander, Clerk
25MS242742

vs.
WELLS FARGO BANK, N.A. c/o Corporation Service Company
2 SUN Court, Suite 400
Peachtree Corners, GA 30092
Defendant(s) Name, Address, Phone, Email Address

Plaintiff's Attorney, Name, Address, Phone

[ ] Suit on Note [ ] Suit on Account [✓] Contract [✓] Tort [ ] Trover [ ] Personal Injury [✓] Other TCPA inter alia

1. The Court has jurisdiction over the defendant(s) [ ] the Defendant(s) is a resident of Fulton County; [ ] Other (please specify) ______

2. Plaintiff(s) claims the Defendant(s) is indebted to the Plaintiff(s) as follows (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim):
This action arises from Defendant violations of Telephone Consumer Protection Act §47 U.S.C § 227, The Georgia Fair Business Practice Act § O.C.G.A 10-1-390 and related Georgia Tort and contract laws. Defendant placed autodialed calls & texts after Plaintiff revoked consent. See Attached Complaint

3. This claim is in the amount of $ 15,000, principal $______ interest, plus costs to date, and all future costs of this suit.

4. Please select hearing location: ( ) Downtown Courthouse (✓) North Annex ( ) South Annex

5. I am the (✓) Plaintiff ( ) Plaintiff's Attorney and I (✓) would or ( ) would not like to receive text message alerts for upcoming hearing dates for this case? (Standard text message rates from your carrier may apply) Cell Phone # [redacted] 8032

STATE OF GEORGIA, FULTON COUNTY
WILLIS JOHNSON being duly sworn on oath says the foregoing is a just and true statement the amount owing by defendant(s) to plaintiff(s) exclusive of all set-offs and just grounds of defense.

[signature]
Plaintiff(s) or Agent
(If Agent, Title or Capacity)

Sworn and subscribed before me this 14th day of October 2025

[signature]
Notary Public/Attesting Official

RANDALL BOLICK NOTARY PUBLIC EXPIRES GEORGIA March 6, 2028 FULTON COUNTY

[redacted] 8032 [redacted] @gmail.com
Plaintiff's Mobile Phone Number & Email Address

NOTICE AND SUMMONS

TO: All Defendant(s) You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained for the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, *JUDGMENT BY DEFAULT* WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE OR CLERK. Answer & Counterclaim forms are available at the Clerk's office and online (magistratefulton.org). Answers & counterclaims should be electronically filed with the Magistrate Court Clerk, either an oral or written answer at room TG100, 185 Central Ave., S.W. Atlanta, Georgia 30303 between 8:30 A.M. and 5:00 P.M. OR electronically at www.odysseyefilega.com (convenience fee applies). If you choose to file your answer orally, YOU MUST COME TO THE COURT IN PERSON within the 30 day period. NO TELEPHONE ANSWERS ARE PERMITTED. The court will hold a hearing on this claim at a time scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff(s), you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff(s)'claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during business hours.

This ______ day of 10/14/2025, 20 ___

[signature]
Magistrate Judge or Deputy Clerk

Fulton County Magistrate Court
***E-FILED***BMR
Date: 10/14/2025 12:12 PM
Che Alexander, Clerk
25MS242742

IN THE MAGISTRATE COURT OF FULTON COUNTY

STATE OF GEORGIA

WILLIS JOHNSON,

Plaintiff.

v.

WELLS FARGO BANK, N.A.,

Defendant.

Case No.: 25MS242742

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, WILLIS JOHNSON ("Plaintiff"), pro se, sues Defendant, WELLS FARGO BANK, N.A. ("Wells Fargo" or "Defendant"), and alleges as follows:

### JURISDICTION AND VENUE

1. This action arises under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 et seq., the Georgia Fair Business Practices Act ("GFBPA"), O.C.G.A. § 10-1-390 et seq., O.C.G.A. § 46-5-27, the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq., and Georgia common law.
2. Jurisdiction and venue are proper pursuant to O.C.G.A. §§ 9-10-91 and 9-10-93, as Defendant transacts business in Fulton County and the unlawful conduct occurred here.
3. The amount in controversy does not exceed $15,000, giving this Court jurisdiction under O.C.G.A. § 15-10-2.

## PARTIES

4. Plaintiff, Willis Johnson, is a natural person residing in Atlanta, Fulton County, Georgia.

5. Defendant, Wells Fargo Bank, N.A., is a national banking association authorized to do business in Georgia, with a registered agent for service of process at CT Corporation System, 289 S. Culver Street, Lawrenceville, GA 30046.

6. Defendant is a "person" within the meaning of 47 U.S.C. § 153(10).

## FACTUAL ALLEGATIONS

7. Plaintiff has maintained his personal cellular telephone number ([redacted]-xxx-8032) since 1999. Plaintiff auto loan account number is ****-*- [redacted]9135

8. Beginning on or about September 3, 2025, Defendant began placing autodialed calls and sending automated text messages to Plaintiff regarding an alleged debt.

9. Defendant left a prerecorded voicemail stating:
"This is Jessica from Wells Fargo Bank. Please call us back at 800-289-8004. You may speak to any of the company's representatives…" (Exhibit C).

10. Defendant also sent the following automated text message:
"WellsFargo: Msg. and/or data rates may apply. Call Wells Fargo at 800-937-8745 or sign on at wellsfargo.com/auto to make a payment. To end alerts, reply STOP." (Exhibit B).

11. On or about September 10, 2025, Plaintiff sent a written revocation of consent and cease-and-desist notice via USPS Overnight Priority Mail, Tracking No. ER 228 899 114 US (Exhibit A).

12. Despite this revocation, Defendant continued to place autodialed calls and texts using an ATDS and/or prerecorded voice concerning the 2016 Mercedez Benz GLE 450 Vin ****-**-*** [redacted]-034615.

13. Defendant failed to provide a valid opt-out mechanism and failed to maintain internal "do-not-call" procedures in violation of 47 C.F.R. § 64.1200(d).

14. Defendant's actions caused Plaintiff harm including:

- Annoyance, stress, and emotional distress;
- Invasion of privacy and intrusion upon seclusion;
- Wasted time deleting voicemails and texts;
- Occupation of phone storage and resources;

- Risk of distraction while driving or at work.

**COUNT I –**

**Violations of the TCPA, 47 U.S.C. § 227 & O.C.G.A. § 46-5-27**

15. Plaintiff incorporates paragraphs 1–14.
16. Defendant placed autodialed calls and texts to Plaintiff's cell phone without prior express consent.
17. Each call/text is a separate violation of the TCPA.
18. Plaintiff is entitled to statutory damages of $500 per violation, or $1,500 per willful violation.

**COUNT II –**

**Violations of the Georgia Fair Business Practices Act (GFBPA), O.C.G.A. § 10-1-390 et seq.**

19. Plaintiff incorporates paragraphs 1–18.
20. Defendant's continued calls and texts after revocation constitute unfair and deceptive acts under O.C.G.A. § 10-1-393(a).
21. Plaintiff is entitled to general damages, treble damages, and attorney's fees.

**COUNT III –**

**Violations of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq. (Pled in the Alternative)**

22. Plaintiff incorporates paragraphs 1–21.
23. Defendant engaged in harassing, oppressive, and abusive conduct in violation of 15 U.S.C. § 1692d.
24. Defendant used false, deceptive, and misleading representations in violation of § 1692e.
25. Defendant engaged in unfair collection practices in violation of § 1692f.
26. Plaintiff is entitled to statutory damages, actual damages, and attorney's fees under the FDCPA.

**COUNT IV – Invasion of Privacy (Intrusion Upon Seclusion)**

27. Plaintiff incorporates paragraphs 1–26.
28. Defendant's unwanted calls/texts intentionally invaded Plaintiff's privacy.
29. The conduct was offensive and caused mental anguish.

30. Plaintiff is entitled to compensatory and punitive damages.

**COUNT V –**

**Trespass to Chattels**

31. Plaintiff incorporates paragraphs 1–30.
32. Defendant interfered with Plaintiff's cellular device by consuming storage, occupying phone lines, and diminishing its utility.
33. Plaintiff is entitled to damages for this wrongful interference.

**COUNT VI –**

**Conversion**

34. Plaintiff incorporates paragraphs 1–33.
35. Defendant wrongfully exercised control over Plaintiff's personal cellular resources by filling storage with unauthorized robocalls/texts.
36. Plaintiff is entitled to damages for conversion.

**COUNT VII –**

**Negligent Hiring, Training, and Supervision (O.C.G.A. § 34-7-20)**

37. Plaintiff incorporates paragraphs 1–36.
38. Defendant negligently hired, trained, and supervised employees who engaged in unlawful calling practices.
39. This negligence directly caused Plaintiff's injuries.

**COUNT VIII –**
**Negligence Per Se**

40. Plaintiff incorporates paragraphs 1–39.
41. Defendant's violations of the TCPA and O.C.G.A. § 46-5-27 constitute negligence per se under Georgia law.
42. Plaintiff is entitled to damages resulting from such violations.

**COUNT IX –**
**Negligent Infliction of Emotional Distress (NIED)**

43. Plaintiff incorporates paragraphs 1–42.

44. Defendant's negligent conduct foreseeably caused Plaintiff emotional distress.

45. Plaintiff is entitled to damages.

**COUNT X –**
**Intentional Infliction of Emotional Distress (IIED)**

46. Plaintiff incorporates paragraphs 1–45.

47. Defendant's repeated harassment after written revocation is extreme and outrageous conduct.

48. Defendant intended, or recklessly disregarded the risk, of causing Plaintiff severe emotional distress.

49. Plaintiff is entitled to compensatory and punitive damages.

**COUNT XI –**
**Harassment in Collection (Georgia Law)**

50. Plaintiff incorporates paragraphs 1–49.

51. Defendant's conduct constitutes harassment in connection with collection of an alleged debt, in violation of Georgia law.

52. Plaintiff is entitled to damages.

**COUNT XII – Injunctive Relief**

53. Plaintiff incorporates paragraphs 1–52.

54. Defendant's ongoing conduct causes irreparable harm that monetary damages cannot remedy.

55. Plaintiff seeks preliminary and permanent injunctions prohibiting Defendant from:

- Placing further autodialed or prerecorded calls;
- Sending further automated texts;
- Continuing collection activity related to the alleged debt.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment against Defendant as follows:

a. Statutory damages of $500 per TCPA violation, and $1,500 per willful violation;

b. Treble damages and attorney's fees under O.C.G.A. § 10-1-399;

c. Actual, statutory, and treble damages under the FDCPA;

d. Compensatory damages for invasion of privacy, trespass to chattels, conversion, NIED, and IIED;

e. Punitive damages under O.C.G.A. § 51-12-5.1;

f. Attorney's fees and litigation expenses under O.C.G.A. § 13-6-11;

g. Preliminary and permanent injunctive relief as set forth above;

h. Such other relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted this 9th day of October, 2025.

______________________________

WILLIS JOHNSON

3651 Lenox Road NE 666

Atlanta, GA 30305

Plaintiff, pro se

**Exhibits**

- Exhibit A – USPS Overnight Priority Mail receipt (Revocation Letter)
- Exhibit B – Screenshot of Wells Fargo text message
- Exhibit C – Transcript of Wells Fargo prerecorded voicemail

Personally appeared before me, the undersigned, who being duly sworn, states that he is the Plaintiff in the foregoing Complaint, that he has read the Complaint, and that the facts stated therein are true and correct to the best of his knowledge, information, and belief.

This 10th day of October, 2025.

Willis Johnson, Plaintiff Pro Se

STATE OF GEORGIA )
) ss.
COUNTY OF FULTON )

Sworn to and subscribed before me this 10 day of October, 2025.

Notary Public, State of Georgia
My Commission Expires: 03/06/2029
[Seal]

WENDY GUZMAN
NOTARY
EXPIRES
GEORGIA
March 6, 2029
PUBLIC
FULTON COUNTY

# EXHIBIT A

PRIORITY MAIL EXPRESS®

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

ER 228 889 114 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( )

Willis Johnson

[redacted]

Atlanta, GA 30305

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options

☐ No Saturday Delivery (delivered next business day)

☐ Sunday/Holiday Delivery Required (additional fee, where available*)

*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

Wells Fargo Bank N.A.

101 N. Phillips Ave

Sioux Falls, SD 57104

ZIP + 4® (U.S. ADDRESSES ONLY)

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

PEEL FROM THIS CORNER

PAYMENT BY ACCOUNT (if applicable)

Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $ | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee $ | COD Fee $ |
| Time Accepted ☐ AM ☐ PM | | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ | |
| Weight ☐ Flat Rate lbs. ozs. | Acceptance Employee Initials | | |

DELIVERY (POSTAL SERVICE USE ONLY)

| | | |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, NOVEMBER 2023 PSN 7690-02-000-9996

ER 228 889 114 US

GUARANTEED* • TRACKED • INSURED

...70 lbs. For international shipments, the maximum weight is 20 lbs.

...Postage and Fees $

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

ostmark Here

9589 07

PS Form 3800, January 2023 PSN 7530-02-000-9047

See Reverse...

...usps.com

# EXHIBIT B

8:53 5G+ 24

Recents "Well" in Calls

| | |
|---|---|
| +1 (800) 289-8004 (2) WELLS FARGO | 4:29 PM |
| +1 (800) 289-8004 WELLS FARGO | Yesterday |
| +1 (800) 289-8004 WELLS FARGO | Monday |
| +1 (800) 289-8004 WELLS FARGO | Saturday |
| +1 (800) 289-8004 WELLS FARGO | 10/1/25 |
| +1 (800) 289-8004 WELLS FARGO | 9/30/25 |
| +1 (800) 289-8004 WELLS FARGO | 9/29/25 |
| +1 (800) 289-8004 (2) WELLS FARGO | 9/25/25 |
| +1 (800) 289-8004 WELLS FARGO | 9/24/25 |
| +1 (800) 289-8004 WELLS FARGO | 9/20/25 |
| +1 (800) 289-8004 WELLS FARGO | 9/19/25 |

Favorites Recents Contacts Keypad Voicemail 6


8:53
5G+ 24
Recents
"Well" in Calls
+1 (800) 289-8004
WELLS FARGO
9/18/25
+1 (800) 289-8004
WELLS FARGO
9/16/25
+1 (800) 289-8004
WELLS FARGO
9/15/25
+1 (800) 289-8004
WELLS FARGO
9/13/25
+1 (800) 289-8004
WELLS FARGO
9/11/25
+1 (800) 289-8004
WELLS FARGO
9/10/25
+1 (800) 289-8004
WELLS FARGO
9/9/25
+1 (800) 289-8004
WELLS FARGO
9/8/25
+1 (800) 289-8004
WELLS FARGO
9/6/25
+1 (800) 289-8004
WELLS FARGO
9/5/25
+1 (800) 289-8004
WELLS FARGO
9/4/25
Favorites
Recents
Contacts
Keypad
6
Voicemail

8:53 5G+ 24

< Recents "Well" in Calls

+1 (800) 289-8004 WELLS FARGO 9/3/25

+1 (800) 289-8004 WELLS FARGO 8/30/25

+1 (800) 289-8004 WELLS FARGO 8/29/25

+1 (800) 289-8004 WELLS FARGO 8/27/25

+1 (800) 289-8004 (2) WELLS FARGO 5/30/25

+1 (800) 289-8004 WELLS FARGO 5/27/25

+1 (800) 289-8004 WELLS FARGO 5/24/25

+1 (800) 289-8004 WELLS FARGO 5/23/25

+1 (800) 289-8004 WELLS FARGO 5/23/25

+1 (800) 289-8004 WELLS FARGO 5/21/25

+1 (800) 289-8004 WELLS FARGO 5/20/25

Favorites Recents Contacts Keypad Voicemail 6

9:02 5G+ 23

+1 (800) 937-8745 >

WellsFargo: Msg. and/or data rates may apply. Call Wells Fargo at 800-937-8745 or sign on at wellsfargo.com/auto to make a payment. To end alerts, reply STOP.

Fri, Sep 12 at 11:40 AM

WellsFargo: Msg. and/or data rates may apply. Call Wells Fargo at 800-937-8745 or sign on at wellsfargo.com/auto to make a payment. To end alerts, reply STOP.

Wed, Sep 17 at 11:39 AM

WellsFargo: Msg. and/or data rates may apply. Call Wells Fargo at 800-937-8745 or sign on at wellsfargo.com/auto to make a payment. To end alerts, reply STOP.

Fri, Sep 26 at 11:46 AM

WellsFargo: Msg. and/or data rates may apply. Call Wells Fargo at 800-937-8745 or sign on at wellsfargo.com/auto to make a payment. To end alerts, reply STOP.

Thu, Oct 2 at 11:40 AM

WellsFargo: Msg. and/or data rates may apply. Call Wells Fargo at 800-937-8745 or sign on at wellsfargo.com/auto to make a

Text Message • SMS

# EXHIBIT C


0:00
-0:11
Transcription
"This is Jessica from Wells Fargo bank please call us back at 800-289-8004 you may speak to any of the companies representative..."
Was this transcription useful or not useful?
Favorites
Recents
Contacts
Keypad
Voicemail
6

0:00 -0:11

**Transcription**

"This is Jessica from Wells Fargo bank please call us back at 800-289-8004 you may speak to any of the companies represent..."

Was this transcription useful or not useful?

Favorites Recents Contacts Keypad Voicemail 6

Wells Fargo Bank. N.A.

101 N. Phillips Ave.,

Siouv Falls. SD 57104

Willis Johnson

[redacted]

AtlanGA 30305

Date: September 2, 2025

Account Number(s): [redacted]9135

Re: Revocation of Prior Express Consent for Automated Communications

Dear Wells Fargo,

I, Willis Johnson, hereby revoke any and all prior express consent I may have provided to Wells Fargo Bank, N.A., and its agents, affiliates, subsidiaries, and third-party service providers, to contact me using an automatic telephone dialing system, artificial or prerecorded voice, or text messaging (SMS/MMS) to any telephone number associated vvith me, including but not limited to:

Primary Phone: [redacted]8032

This revocation is effective immediately upon your receipt of this notice.

I understand that under the Telephone Consumer Protection Act (47 U.S.C. SS 227), relevant federal case law including Gager v. Dell Financial Services and ACA International v. FCC, and FCC guidance, I retain the legal right to withdraw consent at any time, and by any reasonable method. Continuing to contact me using an automatic telephone dialing system or prerecorded/artificial voice after receipt of this notice will constitute a violation of federal law.

This revocation applies equally to Wells Fargo's agents, affiliates, subsidiaries, and thirdparty service providers acting on its behalf. Nothing in this revocation shall be construed as a waiver of any of my rights under the TCPA, the Fair Debt Collection Practices Act (FDCPA), or other applicable federal or state law.

Sincerely,

[Your Full Name]

Date: September 2, 2025

State of Georgia
County of Fulton

On this g?Cay203 before me, the undersigned Notary Public, personally appeared illis Johnson, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purposes therein contained.

IN WIINESS WHEREOF, 1 hereunto set my hand and official seal.

Notary Public

My Commission Expires: 01/08/2028

[Seal]

DONTAVIOUS DANIELS
NOTARY PUBLIC
MY COMMISSION EXPIRES JANUARY 08, 2028
COBB COUNTY, GEORGIA

Fulton County Magistrate Court
***E-FILED***BMR
Date: 10/14/2025 12:12 PM
Che Alexander, Clerk
25MS242742

IN THE MAGISTRATE COURT OF FULTON COUNTY

STATE OF GEORGIA

WILLIS JOHNSON,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

Case No.: ___________

## PLAINTIFF'S MOTION FOR TEMPORARY INJUNCTION

COMES NOW, Plaintiff Willis Johnson, pro se, and pursuant to O.C.G.A. § 9-5-1, O.C.G.A. § 9-5-8, and this Court's equitable powers, moves for a Temporary Injunction against Defendant Wells Fargo Bank, N.A., and states as follows:

### FACTS

1. Plaintiff has filed a Complaint against Defendant alleging violations of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 et seq., the Georgia Fair Business Practices Act (GFBPA), O.C.G.A. § 10-1-390 et seq., and related tort claims.
2. Beginning on or about September 3, 2025, Defendant initiated repeated autodialed calls, prerecorded voicemails, and automated text messages to Plaintiff's cellular telephone number [redacted]-xxx-8032, from numbers including (800) 289-8004 and (800) 937-8745.
3. On September 10, 2025, Plaintiff mailed a written revocation of consent and cease-and-desist notice via USPS Overnight Priority Mail, Tracking No. ER 228 899 114 US, which Defendant received.
4. Despite this revocation, Defendant continued placing autodialed calls and sending automated texts, including a prerecorded voicemail stating:
"This is Jessica from Wells Fargo Bank. Please call us back at 800-289-8004..." and automated texts instructing Plaintiff to call Wells Fargo Auto at 800-937-8745.

5. Defendant's conduct continues to cause Plaintiff irreparable harm, including invasion of privacy, harassment, emotional distress, and disruption of daily life.

## LEGAL STANDARD

6. A party seeking injunctive relief must show:

   (a) a substantial likelihood of success on the merits;

   (b) irreparable harm in the absence of relief;

   (c) that the balance of hardships favors the movant; and

   (d) that the injunction serves the public interest.

7. Plaintiff has a substantial likelihood of success under the TCPA, O.C.G.A. § 46-5-27, and the GFBPA, as Defendant continued unlawful robocalls/texts after written revocation.

8. Defendant's actions cause irreparable harm to Plaintiff's privacy and peace of mind that cannot be adequately compensated by monetary damages alone.

9. The hardship to Defendant of complying with the law (ceasing unlawful robocalls) is minimal, whereas the hardship to Plaintiff of continued harassment is significant.

10. The public has a strong interest in preventing illegal telemarketing and protecting consumer privacy.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court grant the following:

a. Issue a Temporary Injunction immediately enjoining Defendant, its agents, and contractors from placing any further autodialed or prerecorded calls or sending any further automated text messages to Plaintiff's cellular telephone number [redacted]-xxx-8032;

b. Enjoin Defendant from engaging in any further collection activity include repossession of vehicle against Plaintiff until this matter is resolved;

c. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted this 9th day of October, 2025.

WILLIS JOHNSON

3651 Lenox Rd NE Suite 666

Atlanta, GA 30305

Tel: [redacted]8032

Plaintiff, pro se

**IN THE MAGISTRATE COURT OF FULTON COUNTY**

**STATE OF GEORGIA**

WILLIS JOHNSON,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

Case No.: ___________

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY INJUNCTION**

Plaintiff Willis Johnson having filed a Motion for Temporary Injunction, and the Court having considered the pleadings, evidence, and applicable law, it is hereby ORDERED AND ADJUDGED as follows:

1. Plaintiff has demonstrated:

    A substantial likelihood of success on the merits of his claims under the Telephone Consumer Protection Act (47 U.S.C. § 227), the Georgia Fair Business Practices Act (O.C.G.A. § 10-1-390 et seq.), and related Georgia law;

    That he will suffer irreparable harm to his privacy, peace of mind, and well-being if Defendant's unlawful conduct is not enjoined;

    That the balance of equities favors granting injunctive relief, as Defendant will suffer no undue burden by complying with federal and Georgia law; and

    That granting this injunction is in the public interest.

2. Accordingly, Defendant Wells Fargo Bank, N.A., its officers, agents, employees, representatives, contractors, and all persons acting in concert with them, are hereby:
   a. ENJOINED from placing any further autodialed or prerecorded voice calls to Plaintiff's cellular telephone number [redacted]xxx-8032;
   b. ENJOINED from sending any further automated or prerecorded text messages to Plaintiff's cellular telephone number [redacted]xxx-8032;
   c. ENJOINED from engaging in any further collection activity, repossession of said vehicle 2016 Mercedez Benz GLE 450 VIN Number ****-*****[redacted]034615 directed at Plaintiff in violation of state or federal law until further order of this Court.

3. This Order shall remain in effect until further order of this Court, or until final resolution of this action on the merits.

SO ORDERED this ____day of __________, 2025.

______________________________

Honorable Judge ___________________



Willis Johnson
[redacted]
Atlanta, GA 30305

PRESS FIRMLY TO SEAL

FSC MIX FSC® C110918

PAPER POUCH how2recycle.info

PRESS FIRMLY TO SEAL

Retail

U.S. POSTAGE PAID
PME
ROSWELL, GA 30076
OCT 15, 2025

30092

$33.40

RDC 07

S2324H503720-77

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

This package is made from post-consumer waste. Please recycle - again.

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

ER 248 058 711 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHON[redacted]

Willis Johnson
[redacted]
Atlanta, GA 30305

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

ZIP + 4® (U.S. ADDRESSES ONLY)
30092

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code: 30092 | Scheduled Delivery Date (MM/DD/YY): 10/16/25 | Postage: $ 33.40 | |
| Date Accepted (MM/DD/YY): 10/15/25 | Scheduled Delivery Time: ☑ 6:00 PM | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 10:38 ☑ AM ☐ PM | | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees | |
| Weight: ☑ Flat Rate 6.9 lbs. ozs. | Acceptance Employee Initials: CD | $ 33.40 | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, NOVEMBER 2023 PSN 7690-02-000-9996

PAPER POUCH how2recycle.info

UNITED STATES POSTAL SERVICE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® s... Misuse may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rig...

Fulton County Magistrate Court
***E-FILED***JA
Date: 10/15/2025 4:25 PM
Che Alexander, Clerk
25MS242742

**IN THE MAGISTRATE COURT OF FULTON COUNTY
STATE OF GEORGIA**

**WILLIS JOHNSON,**
Plaintiff/Landlord,

v. **File No. 25MS242742**

**WELLS FARGO BANK, N.A., c/o Corporation Service Company**,
Defendant/Tenant.

**ORDER**

This matter comes before the Court pursuant to Plaintiff's Motion For Temporary Injunction. Plaintiff's Motion seeks relief beyond this Court's jurisdiction. Should Plaintiff desire the requested relief in his Motion, Plaintiff is instructed to seek to move this matter to a Court of competent jurisdiction. To the extent that Plaintiff's Motion requires a ruling in this Court, Plaintiff's Motion is DENIED.

So ordered this the 14th day of October, 2025.

*JOHN M. DE FOOR, II*
JOHN M. DE FOOR II, Judge

Parcel No 25MS242742

SUPERIOR [ ] STATE [X] MAGISTRATE

Date Filed November 14, 2025

STATE OF GEORGIA FULTON COUNTY

Attorney's or Plaintiff's Address & Telephone Number

Willis Johnson
3651 Lenox Road NE Unit 666
Atlanta, GA 30305

Willis Johnson PLAINTIFF

vs.

Wells Fargo Bank, N.A. DEFENDANT

Fulton County Magistrate Court
***E-FILED***NL
Date: 11/3/2025 10:58 AM
Che Alexander, Clerk
25MS242742

GARNISHEE

Name and Address of Party to be Served

Wells Fargo Bank, N.A.
c/o Corporation Service Company
2 Sun Court Ste 400
Peachtree Corners, GA 30092

COST OF SERVICE $100.00

## SPECIAL AGENT'S AFFIDAVIT OF ENTRY OF SERVICE

**DATE OF SERVICE: October 29 , 2025 12:00 PM** (This date must be written and clearly legible on def. /garnishees' copy)

[ ] **PERSONAL** Place of Service [ ] same as above; [ ] other, as follows: ______. I served this def./garnishee with a copy of the Action and Summons : ______ The person served is described as follows: approximate age ______years; approximate weight ______pounds; approximate height ______ feet and ______ inches.

[ ] **NOTORIOUS** I served Def./Garnishee by leaving a copy of the Action and Summons, at the most notorious place of abode in the county:______. Place of Service [ ] same as above; [ ] other, as follows: ______. Delivered the same to ______ describe as follows: approximate age______ years; approximate weight ______ pounds; approximate height ______ feet and ______inches, living at the residence of the defendant.

**[X] CORPORATION** I served the corporate entity, [X] Defendant; [ ] Garnishee as follows: by leaving a copy with Alishia Smith , [ ] the registered agent; [X] the person in charge of the office and place of business of the corporation in Gwinnett *County; at [X] same as above; [ ] the following address:*

[ ] **TACK & MAIL** I served the defendant by posting a copy to the door of the defendant's premises designated above in the affidavit and, ensured it was clearly viewed the address shown in the summons with adequate notice to answer the summons at the place stated in the summons. (______ Property deemed vacant and/or abandoned.)

**ANSWER ON OR BEFORE ______.**

[ ] **NON EST** Did not serve because after a diligent search the def/garnishee could not be found in the jurisdiction of the court.

(This portion shall be completed, under oath, after service and before filing with the Clerk of this Court, except for printed name.)

I, the undersigned, and being duly sworn, and under penalty of law, swear that I have personally effectuated service of process on the date, time, place and manner as set forth above and that all the facts set forth herein are true and correct and that I have served a copy of this document which bore my printed name, exclusive of my signature under oath, upon the def./garnishee simultaneous with service of all documents connected with this action.

*Please use a blue ink which clearly indicates this is an original affidavit.)*

Sworn to before me this 29th day of October, 20 25

[signature]

Notary Public, my commission expires:/Clerk

Notary shall affix seal

YOLANDE E. PALMER
NOTARY PUBLIC
Cobb County
State of Georgia
My Comm. Expires May 2, 2028

[signature]

Signature of Process Server (signed only before notary public/clerk)

Print Name: Earl Johnson

(Must be clearly legible on def. /garnishee copy to indicate who made service at the time service was made)

[ X ] (Initial if applicable) I am designated as a Special Agent for Service of Process under a standing order of this Court attached hereto as exhibit A.

Fulton County Magistrate Court
***E-FILED***CC
Date: 11/12/2025 12:00 AM
Che Alexander, Clerk
25MS242742

**IN THE MAGISTRATE COURT OF FULTON COUNTY**

**STATE OF GEORGIA**

WILLIS JOHNSON,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

Case No.: 25MS242742

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, WILLIS JOHNSON ("Plaintiff"), pro se, sues Defendant, WELLS FARGO BANK, N.A. ("Wells Fargo" or "Defendant"), and alleges as follows:

## JURISDICTION AND VENUE

1. This action arises under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 et seq., the Georgia Fair Business Practices Act ("GFBPA"), O.C.G.A. § 10-1-390 et seq., O.C.G.A. § 46-5-27, the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq., and Georgia common law.

2. Jurisdiction and venue are proper pursuant to O.C.G.A. §§ 9-10-91 and 9-10-93, as Defendant transacts business in Fulton County and the unlawful conduct occurred here.

3. The amount in controversy does not exceed $15,000, giving this Court jurisdiction under O.C.G.A. § 15-10-2.

## PARTIES

4. Plaintiff, Willis Johnson, is a natural person residing in Atlanta, Fulton County, Georgia.

5. Defendant, Wells Fargo Bank, N.A., is a national banking association authorized to do business in Georgia, with a registered agent for service of process at Corporation Services Company, 2 Sun Court Ste 400 Peachtree Corners, GA 30092.

6. Defendant is a "person" within the meaning of 47 U.S.C. § 153(10).

## FACTUAL ALLEGATIONS

7. Plaintiff has maintained his personal cellular telephone number ([redacted]-xxx-8032) since 1999. Plaintiff auto loan account number is ****-*-[redacted]9135

8. Beginning on or about September 3, 2025, Defendant began placing autodialed calls and sending automated text messages to Plaintiff regarding an alleged debt.

9. Defendant left a prerecorded voicemail stating: "This is Jessica from Wells Fargo Bank. Please call us back at 800-289-8004. You may speak to any of the company's representatives…" (Exhibit C).

10. Defendant also sent the following automated text message: "WellsFargo: Msg. and/or data rates may apply. Call Wells Fargo at 800-937-8745 or sign on at wellsfargo.com/auto to make a payment. To end alerts, reply STOP." (Exhibit B).

11. On or about September 10, 2025, Plaintiff sent a written revocation of consent and cease-and-desist notice via USPS Overnight Priority Mail, Tracking No. ER 228 899 114 US (Exhibit A).

12. Despite this revocation, Defendant continued to place autodialed calls and texts using an ATDS and/or prerecorded voice concerning the 2016 Mercedez Benz GLE 450 Vin ****-**-***[redacted]034615.

13. Defendant failed to provide a valid opt-out mechanism and failed to maintain internal "do-not-call" procedures in violation of 47 C.F.R. § 64.1200(d).

14. Defendant's actions caused Plaintiff harm including:

- Annoyance, stress, and emotional distress;
- Invasion of privacy and intrusion upon seclusion;
- Wasted time deleting voicemails and texts;
- Occupation of phone storage and resources;

- Risk of distraction while driving or at work.

**COUNT I –**

**Violations of the TCPA, 47 U.S.C. § 227 & O.C.G.A. § 46-5-27**

15. Plaintiff incorporates paragraphs 1–14.
16. Defendant placed autodialed calls and texts to Plaintiff's cell phone without prior express consent.
17. Each call/text is a separate violation of the TCPA.
18. Plaintiff is entitled to statutory damages of $500 per violation, or $1,500 per willful violation.

**COUNT II –**

**Violations of the Georgia Fair Business Practices Act (GFBPA), O.C.G.A. § 10-1-390 et seq.**

19. Plaintiff incorporates paragraphs 1–18.
20. Defendant's continued calls and texts after revocation constitute unfair and deceptive acts under O.C.G.A. § 10-1-393(a).
21. Plaintiff is entitled to general damages, treble damages, and attorney's fees.

**COUNT III –**

**Violations of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq. (Pled in the Alternative)**

22. Plaintiff incorporates paragraphs 1–21.
23. Defendant engaged in harassing, oppressive, and abusive conduct in violation of 15 U.S.C. § 1692d.
24. Defendant used false, deceptive, and misleading representations in violation of § 1692e.
25. Defendant engaged in unfair collection practices in violation of § 1692f.
26. Plaintiff is entitled to statutory damages, actual damages, and attorney's fees under the FDCPA.

**COUNT IV – Invasion of Privacy (Intrusion Upon Seclusion)**

27. Plaintiff incorporates paragraphs 1–26.
28. Defendant's unwanted calls/texts intentionally invaded Plaintiff's privacy.
29. The conduct was offensive and caused mental anguish.

30. Plaintiff is entitled to compensatory and punitive damages.

**COUNT V –**

**Trespass to Chattels**

31. Plaintiff incorporates paragraphs 1–30.
32. Defendant interfered with Plaintiff's cellular device by consuming storage, occupying phone lines, and diminishing its utility.
33. Plaintiff is entitled to damages for this wrongful interference.

**COUNT VI –**

**Conversion**

34. Plaintiff incorporates paragraphs 1–33.
35. Defendant wrongfully exercised control over Plaintiff's personal cellular resources by filling storage with unauthorized robocalls/texts.
36. Plaintiff is entitled to damages for conversion.

**COUNT VII –**

**Negligent Hiring, Training, and Supervision (O.C.G.A. § 34-7-20)**

37. Plaintiff incorporates paragraphs 1–36.
38. Defendant negligently hired, trained, and supervised employees who engaged in unlawful calling practices.
39. This negligence directly caused Plaintiff's injuries.

**COUNT VIII –**
**Negligence Per Se**

40. Plaintiff incorporates paragraphs 1–39.
41. Defendant's violations of the TCPA and O.C.G.A. § 46-5-27 constitute negligence per se under Georgia law.
42. Plaintiff is entitled to damages resulting from such violations.

**COUNT IX –**
**Negligent Infliction of Emotional Distress (NIED)**

43. Plaintiff incorporates paragraphs 1–42.

44. Defendant's negligent conduct foreseeably caused Plaintiff emotional distress.

45. Plaintiff is entitled to damages.

**COUNT X –**
**Intentional Infliction of Emotional Distress (IIED)**

46. Plaintiff incorporates paragraphs 1–45.

47. Defendant's repeated harassment after written revocation is extreme and outrageous conduct.

48. Defendant intended, or recklessly disregarded the risk, of causing Plaintiff severe emotional distress.

49. Plaintiff is entitled to compensatory and punitive damages.

**COUNT XI –**
**Harassment in Collection (Georgia Law)**

50. Plaintiff incorporates paragraphs 1–49.

51. Defendant's conduct constitutes harassment in connection with collection of an alleged debt, in violation of Georgia law.

52. Plaintiff is entitled to damages.

**COUNT XII – Injunctive Relief**

53. Plaintiff incorporates paragraphs 1–52.

54. Defendant's ongoing conduct causes irreparable harm that monetary damages cannot remedy.

55. Plaintiff seeks preliminary and permanent injunctions prohibiting Defendant from:

- Placing further autodialed or prerecorded calls;
- Sending further automated texts;
- Continuing collection activity related to the alleged debt.

**COUNT XIII –**

**Violations of the Georgia Do Not Call Law (O.C.G.A. § 46-5-27)**

56. Plaintiff incorporates paragraphs 1–55.
57. Defendant willfully and repeatedly contacted Plaintiff despite his number being listed on the Georgia Do Not Call List pursuant to O.C.G.A. § 46-5-27(b)(1).
58. Defendant failed to maintain internal "do not call" procedures and failed to honor Plaintiff's written revocation of consent.
59. Each unwanted call and text after revocation constitutes a separate violation of Georgia's Do Not Call statute.
60. Plaintiff is entitled to recover actual damages or $500 for each violation, whichever is greater, and up to $1,500 per willful violation under O.C.G.A. § 46-5-27(f).

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment against Defendant as follows:

a. Statutory damages of $500 per TCPA violation, and $1,500 per willful violation;

b. Actual damages or $500 for each violation, whichever is greater, and up to $1,500 per willful violation under O.C.G.A. § 46-5-27(f).

c Treble damages and attorney's fees under O.C.G.A. § 10-1-399;

d. Actual, statutory, and treble damages under the FDCPA;

e. Compensatory damages for invasion of privacy, trespass to chattels, conversion, NIED, and IIED;

f. Punitive damages under O.C.G.A. § 51-12-5.1;

g. Attorney's fees and litigation expenses under O.C.G.A. § 13-6-11;

h. Preliminary and permanent injunctive relief as set forth above;

h. Such other relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted this 11th day of November, 2025.

WILLIS JOHNSON
3651 Lenox Road NE 666
Atlanta, GA 30305
Plaintiff, pro se

**Exhibits**

- Exhibit A – USPS Overnight Priority Mail receipt (Revocation Letter)
- Exhibit B – Sample Screenshot of Wells Fargo text message
- Exhibit C – Transcript of Wells Fargo prerecorded voicemail

# EXHIBIT A



ERVICE | MAIL EXPRESS®

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

ER 228 889 114 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( )

Willis Johnson

[redacted]

Atlanta, GA 30305

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options

☐ No Saturday Delivery (delivered next business day)

☐ Sunday/Holiday Delivery Required (additional fee, where available*)

*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

Wells Fargo Bank N.A.

101 N. Phillips Ave

Sioux Falls, SD 57104

ZIP + 4® (U.S. ADDRESSES ONLY)

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

PEEL FROM THIS CORNER

PAYMENT BY ACCOUNT (if applicable)

Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $

Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee $ | COD Fee $

Time Accepted ☐ AM ☐ PM | Return Receipt Fee $ | Live Animal Transportation Fee $

Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $

Weight ☐ Flat Rate lbs. ozs. | Acceptance Employee Initials

DELIVERY (POSTAL SERVICE USE ONLY)

Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, NOVEMBER 2023 PSN 7690-02-000-9996

EXHIBIT B

GUARANTEED* ▪ TRACKED ▪ INSURED

is 70 lbs. For international shipments, the maximum weight is 20 lbs.

9589 07

Postage and Fees $

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse

Postmark Here

www.usps.com

# EXHIBIT B

+1 (800) 289-8004 (2)
WELLS FARGO
Yesterday

+1 (800) 289-8004
WELLS FARGO
11/4/25

+1 (800) 289-8004 (2)
WELLS FARGO
11/3/25

+1 (800) 289-8004 (2)
WELLS FARGO
10/31/25

+1 (800) 289-8004 (2)
WELLS FARGO
10/30/25

+1 (800) 289-8004 (2)
WELLS FARGO
10/27/25

+1 (800) 289-8004
WELLS FARGO
10/25/25

+1 (800) 289-8004 (2)
WELLS FARGO
10/23/25

+1 (800) 289-8004 (2)
WELLS FARGO
10/21/25

+1 (800) 289-8004 (2)
WELLS FARGO
10/20/25

+1 (800) 289-8004
WELLS FARGO
10/18/25

Favorites Recents Contacts Keypad Voicemail 6

| | | |
|---|---|---|
| +1 (800) 289-8004<br>WELLS FARGO | 11/4/25 | |
| +1 (800) 289-8004 (2)<br>WELLS FARGO | 11/3/25 | |
| +1 (800) 289-8004 (2)<br>WELLS FARGO | 10/31/25 | |
| +1 (800) 289-8004 (2)<br>WELLS FARGO | 10/30/25 | |
| +1 (800) 289-8004 (2)<br>WELLS FARGO | 10/27/25 | |
| +1 (800) 289-8004<br>WELLS FARGO | 10/25/25 | |
| +1 (800) 289-8004 (2)<br>WELLS FARGO | 10/23/25 | |
| +1 (800) 289-8004 (2)<br>WELLS FARGO | 10/21/25 | |
| +1 (800) 289-8004 (2)<br>WELLS FARGO | 10/20/25 | |
| +1 (800) 289-8004<br>WELLS FARGO | 10/18/25 | |
| +1 (800) 289-8004<br>WELLS FARGO | 10/10/25 | |

Favorites Recents Contacts Keypad Voicemail 6


8:53
5G+ 24
Recents
"Well" in Calls
+1 (800) 289-8004 (2)
WELLS FARGO
4:29 PM
+1 (800) 289-8004
WELLS FARGO
Yesterday
+1 (800) 289-8004
WELLS FARGO
Monday
+1 (800) 289-8004
WELLS FARGO
Saturday
+1 (800) 289-8004
WELLS FARGO
10/1/25
+1 (800) 289-8004
WELLS FARGO
9/30/25
+1 (800) 289-8004
WELLS FARGO
9/29/25
+1 (800) 289-8004 (2)
WELLS FARGO
9/25/25
+1 (800) 289-8004
WELLS FARGO
9/24/25
+1 (800) 289-8004
WELLS FARGO
9/20/25
+1 (800) 289-8004
WELLS FARGO
9/19/25
Favorites
Recents
Contacts
Keypad
Voicemail
6

8:53 5G+ 24

< Recents "Well" in Calls

+1 (800) 289-8004
WELLS FARGO 9/18/25

+1 (800) 289-8004
WELLS FARGO 9/16/25

+1 (800) 289-8004
WELLS FARGO 9/15/25

+1 (800) 289-8004
WELLS FARGO 9/13/25

+1 (800) 289-8004
WELLS FARGO 9/11/25

+1 (800) 289-8004
WELLS FARGO 9/10/25

+1 (800) 289-8004
WELLS FARGO 9/9/25

+1 (800) 289-8004
WELLS FARGO 9/8/25

+1 (800) 289-8004
WELLS FARGO 9/6/25

+1 (800) 289-8004
WELLS FARGO 9/5/25

+1 (800) 289-8004
WELLS FARGO 9/4/25

Favorites Recents Contacts Keypad Voicemail 6


8:53
5G+ 24
Recents
"Well" in Calls
+1 (800) 289-8004
WELLS FARGO
9/3/25
+1 (800) 289-8004
WELLS FARGO
8/30/25
+1 (800) 289-8004
WELLS FARGO
8/29/25
+1 (800) 289-8004
WELLS FARGO
8/27/25
+1 (800) 289-8004 (2)
WELLS FARGO
5/30/25
+1 (800) 289-8004
WELLS FARGO
5/27/25
+1 (800) 289-8004
WELLS FARGO
5/24/25
+1 (800) 289-8004
WELLS FARGO
5/23/25
+1 (800) 289-8004
WELLS FARGO
5/23/25
+1 (800) 289-8004
WELLS FARGO
5/21/25
+1 (800) 289-8004
WELLS FARGO
5/20/25
Favorites
Recents
Contacts
Keypad
6
Voicemail


9:02
5G+ 23
+1 (800) 937-8745 >
WellsFargo: Msg. and/or data rates may apply. Call Wells Fargo at 800-937-8745 or sign on at wellsfargo.com/auto to make a payment. To end alerts, reply STOP.
Fri, Sep 12 at 11:40 AM
WellsFargo: Msg. and/or data rates may apply. Call Wells Fargo at 800-937-8745 or sign on at wellsfargo.com/auto to make a payment. To end alerts, reply STOP.
Wed, Sep 17 at 11:39 AM
WellsFargo: Msg. and/or data rates may apply. Call Wells Fargo at 800-937-8745 or sign on at wellsfargo.com/auto to make a payment. To end alerts, reply STOP.
Fri, Sep 26 at 11:46 AM
WellsFargo: Msg. and/or data rates may apply. Call Wells Fargo at 800-937-8745 or sign on at wellsfargo.com/auto to make a payment. To end alerts, reply STOP.
Thu, Oct 2 at 11:40 AM
WellsFargo: Msg. and/or data rates may apply. Call Wells Fargo at 800-937-8745 or sign on at wellsfargo.com/auto to make a
Text Message • SMS

10:10

99

+1 (800) 937-8745

Thu, Oct 2 at 11:40 AM

WellsFargo: Msg. and/or data rates may apply. Call Wells Fargo at 800-937-8745 or sign on at wellsfargo.com/auto to make a payment. To end alerts, reply STOP.

Fri, Oct 17 at 11:56 AM

WellsFargo: Msg. and/or data rates may apply. Call Wells Fargo at 800-937-8745 or sign on at wellsfargo.com/auto to make a payment. To end alerts, reply STOP.

Tue, Oct 28 at 11:37 AM

WellsFargo: Msg. and/or data rates may apply. Call Wells Fargo at 800-937-8745 or sign on at wellsfargo.com/auto to make a payment. To end alerts, reply STOP.

Friday 11:50 AM

WellsFargo: Msg. and/or data rates may apply. Call Wells Fargo at 800-937-8745 or sign on at wellsfargo.com/auto to make a payment. To end alerts, reply STOP.

The sender is not in your contact list.

**Report Junk**

+ Text Message • SMS

# EXHIBIT C


0:00
-0:11
Transcription
"This is Jessica from Wells Fargo bank please call us back at 800-289-8004 you may speak to any of the companies representative..."
Was this transcription useful or not useful?
Favorites
Recents
Contacts
Keypad
Voicemail
6


0:00
-0:11
Transcription
"This is Jessica from Wells Fargo bank please call us back at 800-289-8004 you may speak to any of the companies represent..."
Was this transcription useful or not useful?
Favorites
Recents
Contacts
Keypad
Voicemail
6

Wells Fargo Bank. N.A.

101 N. Phillips Ave.,

Siouv Falls. SD 57104

Willis Johnson

[redacted]

AtlanGA 30305

Date: September 2, 2025

Account Number(s)[redacted]9135

Re: Revocation of Prior Express Consent for Automated Communications

Dear Wells Fargo,

I, Willis Johnson, hereby revoke any and all prior express consent I may have provided to Wells Fargo Bank, N.A., and its agents, affiliates, subsidiaries, and third-party service providers, to contact me using an automatic telephone dialing system, artificial or prerecorded voice, or text messaging (SMS/MMS) to any telephone number associated vvith me, including but not limited to:

Primary Phone: [redacted]8032

This revocation is effective immediately upon your receipt of this notice.

I understand that under the Telephone Consumer Protection Act (47 U.S.C. SS 227), relevant federal case law including Gager v. Dell Financial Services and ACA International v. FCC, and FCC guidance, I retain the legal right to withdraw consent at any time, and by any reasonable method. Continuing to contact me using an automatic telephone dialing system or prerecorded/artificial voice after receipt of this notice will constitute a violation of federal law.

This revocation applies equally to Wells Fargo's agents, affiliates, subsidiaries, and thirdparty service providers acting on its behalf. Nothing in this revocation shall be construed as a waiver of any of my rights under the TCPA, the Fair Debt Collection Practices Act (FDCPA), or other applicable federal or state law.

Sincerely,

[signature]

[Your Full Name]

Date September 2, 2025

State of Georgia
County of Fulton

On this g?Cay203 before me, the undersigned Notary Public, personally appeared illis Johnson, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purposes therein contained.

IN WIINESS WIIEREOF, I hereunto set my hand and official seal.

[signature]

Notary Public

My Commission Expires 01/08/2025

[Seal]

DONTAVIOUS DANIELS
NOTARY PUBLIC
MY COMMISSION EXPIRES JANUARY 08, 2028
COBB COUNTY, GEORGIA