**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **WILLIS JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CASE NO.** |
| **v.** | ) | **1:25-CV-06549-TRJ** |
| | ) | |
| **WELLS FARGO BANK, N.A.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** Plaintiff Willis Johnson and Defendant Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto ("Wells Fargo"), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 22nd day of October, 2026.


*s/ Willis Johnson (w/permission)*
Willis Johnson
3651 Lenox Road NE
Unit 666
Atlanta, GA 30305

*PRO SE PLAINTIFF*

s/ *Dylan J. Patel*
R. Frank Springfield
Georgia Bar No. 316045
fspringf@burr.com
Dylan J. Patel
Georgia Bar No. 789608
dpatel@burr.com
BURR & FORMAN, LLP
1075 Peachtree Street NE, Suite 3000
Atlanta, GA 30309
Telephone: (404) 815-3000

Attorney for Defendant
WELLS FARGO BANK, N.A. D/B/A
WELLS FARGO AUTO

## CERTIFICATION OF COUNSEL

I hereby certify that the foregoing document has been prepared with Times New Roman, 14 point font, one of the font and point selections approved by the Court in LR 5.1.

*s/ Dylan J. Patel*
Dylan J. Patel
Georgia Bar No. 789608

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on the following via U.S. First Class Mail, postage prepaid, on this 22nd day of October, 2026:

Willis Johnson
3651 Lenox Road NE, Suite 666
Atlanta, GA 30305

*/s/ Dylan J. Patel*
Dylan J. Patel
Georgia Bar No. 789608